**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: PETITION OF K.M.C.,      :   No. 460 WAL 2018

         Petitioner      :

                                      :   Petition for Allowance of Appeal from

         v.                        :   the Order of the Superior Court

THE PENNSYLVANIA STATE POLICE
AND ALLEGHENY COUNTY
DEPARTMENT OF BEHAVIORAL
HEALTH,

         Respondents      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.